

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00127-CR

Frank Henry **WESCH**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-378-CR
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 9, 2021.

_____
Liza A. Rodriguez, Justice